# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Jacob Keith Hall | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner | ) | 1:23-cv-00367-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| **United States of America** | ) | |
| Respondent | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 23, 2024 Order.

February 23, 2024

Katherine Hord Simon, Clerk
United States District Court